

**Baruch S. Gottesman**
Attorney and Counselor at Law

---

August 27, 2017

**Via ECF**
The Honorable Judge Kiyo A. Matsumoto
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    Chambers: Room S905

Re:    Response to Plaintiff's Request for Pre-Motion Conference

      Re:    **Sharbat v. Muskat, et al.**
              **Docket No. 1:17-cv-04776 (KAM)**

Your Honor:

      I represent the Defendants in this action and look forward to the pre-motion conference scheduled for **September 6, 2017**.

      Pursuant to Chambers Practice, Rule IV(B)(1) providing that all parties served with a pre-motion conference request "shall" submit a response, this letter is a response to Plaintiff's request for a pre-motion conference with regard to filing a motion to enforce the arbitration subpoena.

      Defendants intend to oppose this motion and to fully respond upon review of Plaintiff's motion.

RESPECTFULLY SUBMITTED,

*/s/ Baruch S. Gottesman*
Baruch S. Gottesman, Esq.

New York Office • 185-12 Union Turnpike, Fresh Meadows, NY 11366
New Jersey Office • 9 Maplewood Terrace, Lakewood, NJ 08701

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2017, a copy of the foregoing letter was filed electronically via ECF. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system CM/ECF.

/s/ Baruch S. Gottesman
Baruch S. Gottesman, Esq.