# SARFATY AND ASSOCIATES, P.C.

## ATTORNEYS AT LAW

### 1 NORTH SHERRI LANE
### WESLEY HILLS, NEW YORK 10977

TEL: 845-426-5710
Fax: 845-354-0615

August 23, 2017

**<u>VIA ECF</u>**

Honorable Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    *Sharbat v. Muskat, et al*
              Docket No.: 17-cv-04776-KAM

Dear Judge Matsumoto:

    This firm represents the Petitioner in the above-captioned action. We write to Your Honor to request an adjournment of the conference scheduled for September 6, 2017. I have a deposition scheduled for that day and thus cannot attend the conference as planned.

    I did request an adjournment from my adversary (Exhibit A) but received no response. I would welcome my adversary to participate in this litigation by conferring about alternative dates rather than not responding to my request. I am filing the letter today because I was traveling and just arrived back in New York today.

            Respectfully Submitted,

          /s/ Jason F. Lowe
          Jason F. Lowe