# Exhibit A



Jason Lowe <jasonflowe@gmail.com>

---

### 17-cv-04776-KAM-CLP Sharbat v. Muskat
1 message

---

**Jason F Lowe** <jasonflowe@gmail.com>  Tue, Aug 29, 2017 at 3:52 PM
To: baruchgottesman@yahoo.com
Cc: Eli Sarfaty <elisarfaty@gmail.com>

Mr. Gottesman,

I have a previously planned deposition for September 6, the date of the scheduled conference in this case.  Do you have a time you can do the conference the week after September 6?

Thank you,

Jason Lowe