**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**SOLOMON SHARBAT,**

                Plaintiff,

       ~ *against* ~

**CHAIM MUSKAT, STAR FINANCIAL LLC;**
and **SEPHARDIC TORAH AND RETURN**
**CENTER INC.,**

                Defendants

-----------------------------------------------------------x

Civil Action No. 1:17-CV-04776

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the attached Affirmations in Support by Defendant Muskat and his counsel; together with the Memorandum of Law in Support of the Motion to Dismiss, the Defendants will move the Court at the United States Courthouse for the Eastern District of New York at 225 Cadman Plaza East, Brooklyn, NY 11201 on a date to be determined by the Court for an order dismissing the Verified Petition pursuant to Federal Rules of Civil Procedure 12(b)(1), (6), and (7) as more fully described in the accompanying Memorandum of Law in Support.

Dated: Fresh Meadows, NY
       September 12, 2017

RESPECTFULLY SUBMITTED,

*[signature]*

Baruch S. Gottesman, Esq.
185-12 Union Turnpike
Fresh Meadows, NY 11366
*Attorney for Defendants*