

**Baruch S. Gottesman**
Attorney and Counselor at Law

---

October 16, 2017

<u>Via ECF</u>
The Honorable Judge Kiyo A. Matsumoto
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
      Chambers: Room S905

      Re:    <u>Documents Filed with Motion to Dismiss</u>
               <u>Sharbat v. Muskat, et al. Docket No. 1:17-cv-04776 (KAM)</u>

Your Honor:

      Per Chambers Practice Rule (C)(1)(a)(c), please be advised that the following documents were filed for the Motion to Dismiss in the Sharbat v. Muskat, et al., matter (Docket #1:17-cv-04776).

1. Notice of Motion;
2. Memorandum of Law in Support of the Motion to Dismiss;
3. Affirmation of Baruch S. Gottesman, Esq., in support of the Motion to Dismiss (including all exhibits);
4. Affirmation of Defendant Chaim Muskat in support of the Motion to Dismiss (including all exhibits);
    and after Plaintiff's Response I will file
5. Reply Memorandum of Law in Support of Motion to Dismiss.

                                        RESPECTFULLY SUBMITTED,

                                        Baruch S. Gottesman, Esq.