UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
|
SOLOMON SHARBAT,                           |    Civil Action No.  1:17-cv-04776
|
Plaintiff,              |    Affirmation of Baruch S. Gottesman, Esq.
|
~ against ~                        |
|
CHAIM MUSKAT, STAR FINANCIAL LLC;          |
and SEPHARDIC TORAH AND RETURN             |
CENTER INC.,                               |
|
Defendants              |
|
------------------------------------------------------------x

**AFFIRMATION IN SUPPORT BY BARUCH S. GOTTESMAN, ESQ.
IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

**BARUCH S. GOTTESMAN, ESQ.**, an attorney duly admitted to practice before this Court and counsel for the Defendants in this matter affirms the following upon information and belief.

1.  In support of the Defendants' Memorandum in Opposition to the Motion to Compel, enclosed please find copies of the documents described in the Index below, which are true and accurate copies of their originals.

| Exhibit A | Complaint in Sexton v. LeCavalier, Index #1:13-cv-08557 (S.D.N.Y. December 2, 2013) |
|---|---|
| Exhibit B | Sarfaty e-mail to Bais Din August 22, 2017 |
| Exhibit C | Dovid Cohen e-mail to all Parties August 24, 2017 |
| Exhibit D | Sarfaty e-mail to Bais Din August 24, 2017 |
| Exhibit E | Decision in In re Ann Cianflone, et ano., Index #3:14-MC63 (N.D.N.Y. Dec. 4, 2014) |

AT: Fresh Meadows, NY

DATE: October 9, 2017

RESPECTFULLY SUBMITTED,

Baruch S. Gottesman, Esq.
185-12 Union Turnpike
Fresh Meadows, NY 11366
*Attorney for Defendants*