

Baruch S. Gottesman
Attorney and Counselor at Law

April 8, 2018

**Via FedEx**
Sandy D. Williams, Clerk to The Honorable Judge Kiyo A. Matsumoto
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
 Chambers: Room S905

 Re: **Courtesy Copy of Response to Motion to Compel**
  **Sharbat v. Muskat, et al. Docket No. 1:17-cv-04776 (KAM)**

Your Honor:

 Per Your Honor's Order dated April 6, 2018 (Docket #21) enclosed please find two courtesy copies of the Defendants' papers filed in response to Plaintiff's Motion to Compel in Sharbat v. Muskat, et al., matter (Docket #1:17-cv-04776).

 You will find two copies of the:

1. Memorandum of Law in Opposition (Docket #19);
2. Affirmation of Baruch S. Gottesman, Esq., in Opposition (Docket #20)(including all exhibits);

 RESPECTFULLY SUBMITTED,

 Baruch S. Gottesman, Esq.

**Courtesy Copied via ECF to:**
All Counsel

New York Office • 185-12 Union Turnpike, Fresh Meadows, NY 11366
New Jersey Office • 9 Maplewood Terrace, Lakewood, NJ 08701
Phone: 713.454.4422 • eFax 212.859.7307 • www.gottesmanlegal.com