UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
SOLOMON SHARBAT,

                Petitioner,

                              JUDGMENT
                              17-CV-4776(KAM)(CLP)

    -against-

CHAIM MUSKAT; STAR FINANCIAL LLC; and
SEPHARDIC TORAH AND RETURN CENTER, INC.,

                Respondents.
---------------------------------------------------------------- X

        A Memorandum & Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 27, 2018, granting the respondents' motion to dismiss to the extent that the Confirmation Petition is dismissed, without prejudice to petitioner's ability to file a confirmation petition upon entry of a final arbitral award in the underlying arbitration pursuant to the Arbitration Agreement; and denying Petitioner's subpoena motion; it is

        ORDERED and ADJUDGED that the respondents' Motion to Dismiss is granted to the extent that the Confirmation Petition is dismissed, without prejudice to petitioner's ability to file a confirmation petition upon entry of a final arbitral award in the underlying arbitration pursuant to the Arbitration Agreement; and that Petitioner's subpoena Motion is denied.

Dated: Brooklyn, NY  
September 28, 2018

                                                              Douglas C. Palmer  
                                                               Clerk of Court

                                           By:   */s/Jalitza Poveda*  
                                                          Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOLOMON SHARBAT,

                Petitioner,

JUDGMENT
17-CV-4776(KAM)(CLP)

         -against-

CHAIM MUSKAT; STAR FINANCIAL LLC; and
SEPHARDIC TORAH AND RETURN CENTER, INC.,

                Respondents.
------------------------------------------------------------X

      A Memorandum & Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 27, 2018, granting the respondents' motion to dismiss to the extent that the Confirmation Petition is dismissed, without prejudice to petitioner's ability to file a confirmation petition upon entry of a final arbitral award in the underlying arbitration pursuant to the Arbitration Agreement; and denying Petitioner's subpoena motion; it is

      ORDERED and ADJUDGED that the respondents' Motion to Dismiss is granted to the extent that the Confirmation Petition is dismissed, without prejudice to petitioner's ability to file a confirmation petition upon entry of a final arbitral award in the underlying arbitration pursuant to the Arbitration Agreement; and that Petitioner's subpoena Motion is denied.

Dated: Brooklyn, NY
September 28, 2018

                                            Douglas C. Palmer
                                            Clerk of Court

                              By:    */s/Jalitza Poveda*
                                                Deputy Clerk